# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2025 KW 0892

**DECEMBER 11, 2025**

---

In Re:    Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

BEFORE:    **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's pro se motion for an extension of time to file a supervisory writ application filed on January 6, 2025, wherein relator also requested a copy of the district court's November 4, 2024, ruling on his motion to correct an illegal sentence and a copy of the transcript of that hearing, on or before January 23, 2026. A copy of the district court's action shall be filed in this court on or before January 30, 2026.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT